UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:   1:17-mc-21459-XXXX

In re: Application of H.M.B. HOLDINGS
LIMITED Pursuant to 28 U.S.C. § 1782
to Conduct Discovery for Use in Foreign
Proceedings,

          Petitioner,
_____/

DECLARATION OF PAUL M. LEVINE IN SUPPORT OF APPLICATION FOR
AN ORDER TO CONDUCT DISCOVERY FOR USE IN FOREIGN
PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782

  PAUL M. LEVINE declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

  1. I am above the age of 18 years, have personal knowledge of the matters set forth below, and am in all respects competent to render this declaration.

  2. I am a Partner at the law firm of Baker & Hostetler LLP, counsel for Petitioner in this matter. I submit this declaration in support of the Petitioner's Application for an Order to Conduct Discovery for use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782.

  3. Attached hereto as Exhibit 1 is a true and correct copy of May 14, 2014 letter from Replay Resorts, Inc. to the Registrar of Companies in Antigua and Barbuda ("Antigua").

  4. Attached hereto as Exhibit 2 is a true and correct copy of a June 24, 2014 letter from Nicholas A. Fuller, an attorney in Antigua, to the Registrar of Companies in Antigua.

  5. Attached hereto as Exhibit 3 is a true and correct copy of the Articles of Incorporation of Replay Destinations Limited.

610656440.1

6. Attached hereto as Exhibit 4 is a true and correct copy of a Notice of Change of Directors for Replay Destinations Limited.

7. Attached hereto as Exhibit 5 is a true and correct copy of a Notice of Change of Directors for Replay Destinations Limited.

8. Attached hereto as Exhibit 6 is a true and correct copy of a Share Transfer for Replay Destinations Limited.

9. Attached hereto as Exhibit 7 is a true and correct copy of a letter from Corporate Services Limited, located at 11 Old Parham Road in Antigua, to the Registrar of Companies in Antigua.

10. Attached hereto as Exhibit 8 is a true and correct copy of the Article of Incorporation of Replay Destinations Development 1 Limited.

11. Attached hereto as Exhibit 9 is a true and correct copy of a Notice of Change of Directors for Replay Destinations Development 1 Limited.

12. Attached hereto as Exhibit 10 is a true and correct copy of a Notice of Change of Directors for Replay Destinations Development 1 Limited.

13. Attached hereto as Exhibit 11 is a true and correct copy of a Certificate of Amendment for Replay Destinations Development 1 Limited.

14. Attached hereto as Exhibit 12 is a true and correct copy of the Local Company Annual Return for Replay Investment (Antigua) Inc.

15. Attached hereto as Exhibit 13 is a true and correct copy of the Local Company Annual Return for Replay Destinations Sales Limited.

16. Attached hereto as Exhibit 14 is a true and correct copy of a Notice of Change of Directors for Replay Destinations Sales Limited.

17. Attached hereto as Exhibit 15 is a true and correct copy of a Notice of Change of Directors for Replay Destinations Sales Limited.

18. Attached hereto as Exhibit 16 is a true and correct copy of a Certificate of Amendment for Replay Destinations Sales Limited.

19. Attached hereto as Exhibit 17 is a true and correct copy of the Local Company Annual Return for Half Moon Bay GP Inc.

20. Attached hereto as Exhibit 18 is a true and correct copy of the Certificate of Incorporation for Replay Destinations Management Limited.

21. Attached hereto as Exhibit 19 is a true and correct copy of a Notice of Change of Directors for Replay Destinations Management Limited.

22. Attached hereto as Exhibit 20 is a true and correct copy of a Notice of Change of Directors for Replay Destinations Management Limited.

23. Attached hereto as Exhibit 21 is a true and correct copy of a Certificate of Amendment for Replay Destinations Management Limited.

24. Attached hereto as Exhibits 22 and 23 are true and correct copy (with redactions of bank account number information) of bank records produced by Wells Fargo. Exhibit 24, a true and correct copy which is also attached hereto, constitutes the business records declaration provided by Wells Fargo with these (and other) banks records.

25. Exhibits 22 and 23 were produced as spreadsheets in native format. We have retained the column headers and row numbers from the spreadsheet to assist with review of the spreadsheet in a PDF format.

26.     Attached hereto as Exhibit 25 is a true and correct copy (with redactions of bank account number information) of bank records produced by JP Morgan Chase. A business records declaration is also included.

27.     Upon information and belief, Citibank has multiple branches in Miami, including at 502 Brickell Avenue (*see* Ex. 22 at Row 27) and 1600 Coral Way in Miami, and 830 5th Street in Miami Beach.

I declare under penalty of perjury of that the foregoing is true and correct.

Dated this 19th day of April, 2017.

By:  /s. *Paul M. Levine*
     Paul M. Levine, Esq.